# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 12-00242-01-CR-W-BP |
| ANTONIO M. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Pending before the Court are several *pro se* motions of defendant Antonio M. Taylor.[1]

| | |
|---|---|
| Doc. 45 | Motion to Inspect Jury Records and to Quash Jury Panel; |
| Doc. 46 | Defendant's Motion for Bill of Particulars; |
| Doc. 47 | Defendant Taylor Request The Court To Provide A Mental And Physical Evaluation; |
| Doc. 48 | Motion In Limine to Exclude Any Reference to Any Criminal History of the Defendant; and |
| Doc. 49 | Defendant's Motion for Disclosure of Confidential Informants. |

Section VII (A) of the Scheduling and Trial Order entered in this case provides that the Court will not accept *pro se* motions filed by defendants who are represented by counsel. Defendant Taylor is represented by Assistant Federal Public Defender Stephen Moss. For this reason, defendant Taylor's *pro se* motions will be denied. Nevertheless, the Court will forward a copy of defendant Taylor motions to his counsel for review.

**ORDERED** that the Defendant Taylor's *pro se* motions [Docs 45, 46, 47, 48, and 49] are **DENIED**.

---

[1] While it is evident that the motions are *pro se*, each was electronically filed and signed with the name of appointed counsel, AFPD Stephen Moss.

     */s/ JOHN T. MAUGHMER*
John T. Maughmer
United States Magistrate Judge